IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 05-23045-CIV-MOORE

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a federally-recognized Indian tribe,

       Plaintiff,

v.

UNITED STATES OF AMERICA, U.S. FISH &
WILDLIFE SERVICE, et al.,

       Defendants.
_____/

## ORDER GRANTING IN PART JOINT MOTION FOR EXTENSION OF PAGE LIMIT FOR MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** came before the Court upon the Joint Motion for Extension of Page Limit for Motions for Summary Judgment (DE # 110).

**UPON CONSIDERATION** of the Motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Joint Motion for Extension of Page Limit for Motions for Summary Judgment (DE # 110) is GRANTED IN PART. Motions for summary judgment and responses to those motions may be up to twenty-five (25) pages in length. Any replies remain limited to ten (10) pages.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of May, 2007.

                                                   K. MICHAEL MOORE
                                                   UNITED STATES DISTRICT JUDGE

cc:    All counsel of record