UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-23045-CIV-MOORE/GARBER

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a federally-recognized
Indian Tribe,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Federal Defendants' Unopposed Motion for Leave to Appear by Telephone and Consolidated Emergency Motion for Expedited Consideration Thereof (D.E. #119), by Order of Reference from the Honorable K. Michael Moore, United States District Judge.

In light of the May 24, 2007, deadline for filing summary judgment motions, the Federal Defendants seek leave to appear telephonically at the May 23, 2007, hearing, and seek expedited consideration of their Unopposed Motion for Leave to Appear by Telephone.[1]

After due consideration, it is ORDERED that the Federal Defendants' Unopposed Motion for Leave to Appear by Telephone and Consolidated Emergency Motion for Expedited Consideration

---

[1] In light of the May 23, 2007, hearing, the Court recognizes the delay in ruling on the Federal Defendants' Unopposed Motion for Leave to Appear by Telephone, but for some reason the undersigned did not receive a copy of the Federal Defendants' Motion until today, May 22, 2007.

Thereof (D.E. #119) is GRANTED. Counsel for both the Federal Defendants and the Intervenor, National Resources Defense Council, shall appear telephonically at the May 23, 2007, hearing.

Before the hearing, the undersigned's Courtroom Deputy, Karen Sussmann, will telephonically contact the parties who will appear by telephone. The Court therefore needs, of course, an accurate record of which of the several counsel for the Federal Defendants will be appearing by telephone and what their telephone numbers are.

Unless the Court hears otherwise on or before 10:00 a.m. on May 23, 2007, the Court will assume that only the following will be appearing telephonically and therefore will only call the following to allow them to appear telephonically:

**Mark Brown** (and/or Matthew J. McKeown and/or Jean Williams and/or Seth Barsky): (202) 305-0204[2];

**Richard H. Sewell** (212) 727-2700 and/or Simpson Thacher & Bartlettt LLP  (212) 455-2000.

DONE AND ORDERED in Chambers at Miami, Florida this 22nd day of May, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

---

[2] Those counsel are listed as "Attorneys for Federal Defendants" and only that phone number is listed for them.  *See* D.E. #119, at 3.  Other lawyers are, however, listed as counsel for Federal Defendants, *see* D.E. #119, at 4, and so the parties should advise the Court as soon as possible which counsel for the Federal Defendants will be appearing telephonically.and the telepone nh